IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTA C. WARREN-WARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07-CV-811-TFM |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of Defendant's unopposed *Motion for Extension of Time to File Brief* (Doc. #17, filed April 23, 2008), it is hereby **ORDERED** that the motion is **GRANTED**, and Defendant may file his brief **on or before May 23, 2008**.

Done this 23rd day of April, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE