IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTA C. WARREN-WARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07cv811-TFM |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the *Plaintiff's Petition for Attorney Fees* (Doc. #23, filed September 2, 2008), seeking an award of $4,557.04 under the Equal Access to Justice Act and recovery of the $350.00 filing fee, with exhibits, it is hereby

**ORDERED** that the **DEFENDANT file a response by September 12, 2008** to show any cause why the petition should not be granted.

Done this 2nd day of September, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE